UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 10-Cr-73 (SHS)  16-Cv-5408 (SHS) |
| -v- | : | |
| JOSE HENRIQUEZ, | : | ORDER |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court of Appeals having (1) granted defendant's motion for leave to file a successive 18 U.S.C. § 2255 motion, and (2) filed a mandate transferring the 18 U.S.C. § 2255 motion to this Court [Doc. No. 249],

      IT IS HEREBY ORDERED that:

      1.     Defendant's motion pursuant to 18 U.S.C. § 2255 [Doc. No. 223] is granted.  The Clerk of Court shall terminate this motion;

      2.     The Clerk of Court shall terminate the motion in 16-Cv-5408 [Doc. No. 1], and close that case; and

      3.     The Court will file an amended judgment.

Dated:  May 20, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.